Filing # 104813585 E-Filed 03/12/2020 05:39:18 PM

IN THE COUNTY COURT IN AND
FOR DUVAL COUNTY, FLORIDA

LEHIGH GAS WHOLESALE SERVICES,
INC., a Pennsylvania corporation,

    CASE NO.:
    DIVISION

    Plaintiff,

vs.

UNIVERSAL PROPERTY SERVICES INC,
a New Jersey corporation,

    Defendant.
_____/

## COMPLAINT FOR EVICTION

    Plaintiff, LEHIGH GAS WHOLESALE SERVICES, INC., a Pennsylvania corporation, sues Defendant, UNIVERSAL PROPERTY SERVICES INC, a New Jersey corporation, and alleges:

    1.    Plaintiff, LEHIGH GAS WHOLESALE SERVICES, INC. ("Landlord" or "Plaintiff") is a Pennsylvania corporation doing business in Duval County, Florida. Plaintiff owns non-residential real property located in Duval County, Florida that is the subject of this action.

    2.    Defendant, UNIVERSAL PROPERTY SERVICES INC ("Tenant" or "Defendant") is a New Jersey corporation doing business in Duval County, Florida. Defendant leases the non-residential real property from Plaintiff.

    3.    This is a cause of action by Plaintiff to evict Defendant from non-residential property located in Duval County, Florida.

    4.    This is a summary procedure pursuant to Chapter 51, Fla. Stat.

    5.    The Court has jurisdiction over this matter pursuant to § 34.011(2), Fla. Stat.

ACCEPTED: DUVAL COUNTY, RONNIE FUSSELL, CLERK, 03/13/2020 11:08:22 AM

6. Venue is proper in Duval County, Florida pursuant to § 83.21, Fla. Stat. and § 47.051, Fla. Stat. as the real property is located in Duval County, Florida.

7. In late spring of 2019, Plaintiff's predecessor-in-interest, as landlord, entered into a Station Lease (the "Lease") with Defendant, as tenant, for the use of non-residential real property located at 9750 Old St. Augustine Rd., Jacksonville, Florida 32257 (the "Premises"). A true and correct copy of the Lease is attached hereto as **Exhibit "A"**.

8. The initial term of the Lease was for a period of three (3) years, commencing upon the date lessee took occupancy of the Premises for the purposes of conducting business.

9. On or about September 5, 2019, the Lease was assigned by Plaintiff's predecessor-in-interest to Plaintiff. A true and correct copy of the Assignment is attached hereto as **Exhibit "B"**. Plaintiff is the owner of, and current landlord under, the Lease.

10. Tenant has failed to make rental payments pursuant to the Lease, which has resulted in an unpaid balance of $33,392.76 as of March 5, 2020.

11. On March 5, 2020, Plaintiff, through counsel, provided Defendant and Defendant's counsel with a final three-day notice of default for failure to pay rent via Fed-Ex and email (the "Final Notice") that required Defendant to pay unpaid rents or deliver possession of the Premises on or before March 10, 2020. A true and correct copy of the Final Notice is attached hereto as **Exhibit "C"**.

12. Defendant subsequently breached the Lease by failing to pay the required amount of rent pursuant to the Final Notice.

13. At all relevant times, Plaintiff has fully performed under the terms of the Lease.

14. Plaintiff has performed all conditions precedent to the maintenance of this action or those conditions have been occurred or have been waived.

15. Plaintiff has retained the law firms of Winderweedle, Haines, Ward & Woodman, P.A. and Williams Mullen and has agreed to pay a reasonable fee for their services. Plaintiff is entitled to recover its attorneys' fees and costs incurred in this action pursuant to Section 32(b) of the Lease.

WHEREFORE, Plaintiff, LEHIGH GAS WHOLESALE SERVICES, INC., a Pennsylvania corporation, demands judgment against Defendant, UNIVERSAL PROPERTY SERVICES INC, a New Jersey corporation, for possession of the Premises, attorneys' fees and costs, and any other relief deemed just and proper.

Dated this 12th day of March, 2020.

Respectfully submitted,

WINDERWEEDLE, HAINES, WARD
& WOODMAN, P.A.

_____
Mya. M. Hatchette, Esquire
FL Bar No.: 380120
Primary email: mhatchette@whww.com
Brandon S. DeGel, Esquire
FL Bar No.: 105095
Primary email: bdegel@whww.com
Secondary email: sjones@whww.com
Post Office Box 880
Winter Park, Florida 32789
Phone: (407) 423-4246
Fax: (407) 645-3728
*Attorneys for Plaintiff*

3